JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CYNTHIA LYNN NOVAK, D.D.S., <br><br>Plaintiff, <br><br>v. <br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No. 2:23-cv-06296-CAS (ASx) <br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** <br><br>*[Filed concurrently with Stipulation to Dismiss]* <br><br>Judge: Hon. Christina A. Snyder |

Pursuant to the parties' Stipulation to Dismiss Action With Prejudice, and good cause appearing, it is hereby ordered that this matter shall be dismissed in its entirety, with prejudice, and with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 2, 2023

_____
Hon. Christina A. Snyder
United States District Judge